IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JEFFREY LEON BANKS,**

    Plaintiff,

v.                                                     Civil Action No. **3:13CV363**

**LOVE SCOTT,** *et al.,*

    Defendants.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation is ACCEPTED and ADOPTED;

2. Banks's claims and the action are DISMISSED WITH PREJUDICE as legally and factually frivolous; and,

3. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Banks desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Banks.

And it is so ORDERED.

Date: 10-22-14
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge